Moore Law Firm, P.C.
Tanya E. Moore SBN 206683
334 North Second Street
San Jose, CA 95112

(408) 298-2000

Representing: Plaintiff                                              File No.

UNITED STATES DISTRICT COURT

Northern District of California - District - San Francisco

| | | |
|---|---|---|
| Gerardo Hernandez | ) | Case No. 3:24-cv-06316-VC |
| **Plaintiff/Petitioner** | ) | |
| | ) | Proof of Service of: |
| vs. | ) | Civil Cover Sheet, Summons, Notice to the Person Served |
| | ) | pursuant to CCP 412.30 - Cappo Management XL, LLC, |
| Cappo Management XL, LLC, et al. | ) | Complaint, Plaintiff's Certification of Conflicts and Interested |
| **Defendant/Respondent** | ) | Entities or Persons, Scheduling Order, Electronic Case Filing |
| | ) | Registration Information, Standing Order All Judges CAND, |
| | ) | Standing Order - Judge Vince Chhabria, Jury Questionnaire |
| | ) | Information, Refreshed Recollection and Prior Inconsistent |
| | | Statements, Standing Order for Civil Trials before Judge |
| | | Chhabria, Notice of Stay of Proceedings & Early Evaluation |
| | | Conference; Notice of Mandatory Eval. Conference; |
| | | Defendant's Application for Stay & Early Eval. Conference; |
| | | State Law Requires That You Get This Important Advisory |
| | | Info.; and Advisory Notice to Def. |

Service on:
Cappo Management XL, LLC dba San Francisco Honda/Acura

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 23759558

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Moore Law Firm, P.C.<br>Tanya E. Moore SBN 206683<br>334 North Second Street<br>San Jose, CA 95112<br>　　　　　TELEPHONE NO: (408) 298-2000　　FAX NO *(Optional)*:<br>　　E-MAIL ADDRESS *(Optional)*: tanya@moorelawfirm.com<br>　　　　ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF / PETITIONER: Gerardo Hernandez<br>DEFENDANT / RESPONDENT: Cappo Management XL, LLC, et al. | CASE NUMBER:<br>3:24-cv-06316-VC |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>11829887 (23759558) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, Summons, Notice to the Person Served pursuant to CCP 412.30 - Cappo Management XL, LLC, Complaint, Plaintiff's Certification of Conflicts and Interested Entities or Persons, Scheduling Order, Electronic Case Filing Registration Information, Standing Order All Judges CAND, Standing Order - Judge Vince Chhabria, Jury Questionnaire Information, Refreshed Recollection and Prior Inconsistent Statements, Standing Order for Civil Trials before Judge Chhabria, Notice of Stay of Proceedings & Early Evaluation Conference; Notice of Mandatory Eval. Conference; Defendant's Application for Stay & Early Eval. Conference; State Law Requires That You Get This Important Advisory Info.; and Advisory Notice to Def.

2. Party Served:  Cappo Management XL, LLC dba San Francisco Honda/Acura

3. Person Served:  Incorp Services, Inc. - Brianna Ruiz

4. Date & Time of Delivery:  September 20, 2024 at 3:40 pm PDT

5. Address, City and State:  5716 Corsa Ave Westlake Village, CA, 91362

6. Manner of Service:  Personal Service - By personally delivering copies.

Fee for service: $95.00

Registered California process server.
Sandy Espinoza
County: Ventura
Registration No.: 787

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*Sandy Espinoza*

Sandy Espinoza

Date: September 20, 2024