Moore Law Firm, P.C.
Tanya Moore SBN 206683
334 North Second Street
San Jose, California 95112

Representing: Plaintiff                                              File No.

UNITED STATES DISTRICT COURT

Northern District of California - District - San Francisco

|  |  |
|---|---|
| Gerardo Hernandez ) | Case No. 3:24-cv-06316-VC |
| **Plaintiff/Petitioner** ) |  |
| ) | Proof of Service of: |
| vs. ) | Civil Cover Sheet, Summons, Notice to the Person Served |
| ) | pursuant to CCP 412.30 - 1395 Van Ness, LLC, Complaint, |
| Cappo Management XL, LLC, et al. ) | Plaintiff's Certification of Conflicts and Interested Entities or |
| **Defendant/Respondent** ) | Persons, Scheduling Order, Electronic Case Filing Registration |
| ) | Information, Standing Order All Judges CAND, Standing Order |
| ) | - Judge Vince Chhabria, Jury Questionnaire Information, |
| ) | Refreshed Recollection and Prior Inconsistent Statements, |
|  | Standing Order for Civil Trials before Judge Chhabria, Notice |
|  | of Stay of Proceedings & Early Evaluation Conference; Notice |
|  | of Mandatory Eval. Conference; Defendant's Application for |
|  | Stay & Early Eval. Conference; State Law Requires That You |
|  | Get This Important Advisory Info.; and Advisory Notice to Def. |

Service on:
1395 Van Ness, LLC

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 23759559

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Moore Law Firm, P.C.<br>Tanya Moore SBN 206683<br>334 North Second Street<br>San Jose, California 95112<br>　　　　TELEPHONE NO:　　　　　　　　　　FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:　tanya@moorelawfirm.com<br>　　ATTORNEY FOR *(Name)*:　Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Northern District of California - District - San Francisco<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483 | |
| PLAINTIFF / PETITIONER:　Gerardo Hernandez<br>DEFENDANT / RESPONDENT:　Cappo Management XL, LLC, et al. | CASE NUMBER:<br>3:24-cv-06316-VC |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>11829886 (23759559) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Civil Cover Sheet, Summons, Notice to the Person Served pursuant to CCP 412.30 - 1395 Van Ness, LLC, Complaint, Plaintiff's Certification of Conflicts and Interested Entities or Persons, Scheduling Order, Electronic Case Filing Registration Information, Standing Order All Judges CAND, Standing Order - Judge Vince Chhabria, Jury Questionnaire Information, Refreshed Recollection and Prior Inconsistent Statements, Standing Order for Civil Trials before Judge Chhabria, Notice of Stay of Proceedings & Early Evaluation Conference; Notice of Mandatory Eval. Conference; Defendant's Application for Stay & Early Eval. Conference; State Law Requires That You Get This Important Advisory Info.; and Advisory Notice to Def.

2. Party Served:　　　　　　1395 Van Ness, LLC

3. Person Served:　　　　　　Mark Unger

4. Date & Time of Delivery:　　September 23, 2024 at 8:36 pm PDT

5. Address, City and State:　　10 Red Bark Ct Lafayette, CA, 94549

6. Manner of Service:　　　　Personal Service - By personally delivering copies.

Fee for service: $115.00

Registered California process server.
Jeffery Higley
County: Contra Costa
Registration No.: 1017

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Jeffery Higley*
Jeffery Higley

Date: September 24, 2024